IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>APPROXIMATELY TWENTY-THREE PITBULL-TYPE DOGS SEIZED FROM 3310 NORTH STREET, WAYCROSS, GEORGIA,<br><br>  Defendants. | CIVIL ACTION NO.: 5:22-cv-56 |

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Strike and Andre O'Hara's Motion for Return of Dogs. Docs. 5, 7. Given Mr. O'Hara's status without representation in this matter, the Court is reluctant to rule on the Motion to Strike without providing him an opportunity to respond or advising him of the consequences for failing to respond. Accordingly, the Court **ORDERS** Mr. O'Hara to file a response either opposing or indicating his lack of opposition to Plaintiff's Motion to Strike **on or before December 21, 2022**. **If Mr. O'Hara fails to file a timely response, the Court will presume he does not oppose the Motion and may grant it as unopposed.** See Local R. 7.5 ("Failure to respond . . . shall indicate that there is no opposition to a motion.").

**SO ORDERED**, this 7th day of December, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA